JUNE 7, 1996

No. A–982 (95–1425).  ABRAMS ET AL. *v.* JOHNSON ET AL. D. C. S. D. Ga.  [Probable jurisdiction noted, *ante*, p. 1207.]  Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JUNE 10, 1996

No. 95–1623.  MOORE, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. *v.* DUPREE ET AL.; and

No. 95–1624.  LAMAR COUNTY BOARD OF EDUCATION AND TRUSTEES ET AL. *v.* DUPREE ET AL.  Affirmed on appeals from D. C. S. D. Miss.

No. 95–963.  GREENWOOD TRUST CO. *v.* HUNTER.  Sup. Ct. N. J.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Smiley* v. *Citibank (South Dakota), N. A., ante,* p. 735.

No. 95–991.  CITIBANK (SOUTH DAKOTA), N. A. *v.* SHERMAN. Sup. Ct. N. J.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Smiley* v. *Citibank (South Dakota), N. A., ante,* p. 735.

No. 95–1251.  WARMUS *v.* MELAHN ET AL.  C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Quackenbush* v. *Allstate Ins. Co., ante,* p. 706.